IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. as consignee of certain cargo, § § § § § § § § § § § § § § § § § § | CIVIL NO.: 1:22-cv-01946-RDB |
| Plaintiffs | |
| v. | |
| M/V INDIGO SPICA (IMO No. 9708758), her engines, boilers, tackle, etc., *in rem*, IMS MARITIME SA, IMECS CO LTD and HANWIN SHIPPING LIMITED, *in personam*, | |
| Defendants | |

## REQUEST FOR RELEASE OF VESSEL FROM ARREST

1. On Motion of Plaintiff, Hawthorne Industrial Products Inc. ("Hawthorne"), as consignee of certain cargo, through its undersigned counsel, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a warrant was issued to allow the seizure and arrest of the M/V INDIGO SPICA bearing IMO No. 9708758, and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter the "M/V INDIGO SPICA").

2. On August 8, 2022, the U.S. Marshal's Service served a Warrant for Arrest *In Rem* in this action on the M/V INDIGO SPICA .

3. On August 10, 2022, a letter of undertaking was issued by The North of England P&I Association Limited securing the *in rem* claim against the M/V INDIGO SPICA and the *in*

*personam* claim against I.M.S. Maritime S.A. and IMECS Co. Ltd., in the event of a final judgment or arbitration award.

WHEREFORE, Hawthorne, pursuant to the Federal Rules of Civil Procedure and Supplemental Admiralty Rule E(5), hereby requests that the M/V INDIGO SPICA be released from arrest.

Baltimore, MD
Date: August 10, 2022

Respectfully submitted:

*/s/ Imran O. Shaukat*
James W. Bartlett, III, Esquire
Federal Bar Number 00017
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

*Attorneys for Plaintiff*
HAWTHORNE INDUSTRIAL PRODUCTS, INC.

Of Counsel:
Robert E. O'Connor
Vincent M. DeOrchis
Alfred Kuffler
Wook Chung
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-551-7732
Fax: 212-201-1939

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 10th day of August, 2022, that a copy of Plaintiff's Request for Release of Vessel from Arrest was filed via this Court's CM/ECF system and was served on all counsel of record.

                                         /s/ Imran O. Shaukat
                                         Attorney for Plaintiff

B2847360.DOCX