IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-22-1946 |
| M/V INDIGO SPICA (IMO NO. 9708758), *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

Presently pending in the above-captioned case is the Defendants' Motion to Stay Plaintiff's Complaint Pending Arbitration (ECF No. 27). The parties have correctly noted that this Court DENIED similar Motion to Stay in Favor of Arbitration WITHOUT PREJUDICE in the related case of *Hawthorne Industrial Products Inc. v. M/V Tac Imola* (RDB-22-1376) (ECF No. 102). The Defendants have appealed that decision to the United States Court of Appeals for the Fourth Circuit. *Hawthorne Industrial Products, Inc. v. M/V Indigo Spica (IMO No. 9708758)*, No. 23-1230 (4th Cir. filed Mar. 1, 2023). Briefing has been completed, but oral argument has not yet been calendared by the Fourth Circuit. The parties in this case have agreed that a ruling in that appeal will address the issue of any agreement to arbitrate in this matter. Accordingly, the parties have jointly requested that there be an extension of time on the Motion to Stay in this case, (ECF No. 33), and the Court subsequently GRANTED that motion. (ECF No. 34.)

Accordingly, it is HEREBY ORDERED this 13th day of December, 2023 that the Defendants' Motion to Stay Plaintiff's Complaint Pending Arbitration (ECF No. 27) is DENIED WITHOUT PREJUDICE. Upon a ruling by the Fourth Circuit in the related case, the question of the applicability of an arbitration clause may be more specifically addressed.

Dated:  December 13, 2023

                                                            /s/  
                                           Richard D. Bennett  
                                           United States Senior District Judge